**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6681**

DARNELL NASH,

     Petitioner - Appellant,

  v.

WARDEN, Northern Neck Regional Jail,

     Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:20-cv-00205-LMB-JFA)

Submitted: October 9, 2020         Decided: October 15, 2020

Before AGEE, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darnell Nash, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Nash, a federal prisoner, appeals the district court's order denying relief on her 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Nash v. Warden*, No. 1:20-cv-00205-LMB-JFA (E.D. Va. Apr. 9, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*